Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Greg Rosario Medina-Lopez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREG ROSARIO MEDINA-LOPEZ, | Case No.: 2:25-cv-01933-MDC |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Greg Rosario Medina-Lopez and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from January 7, 2026 to February 3, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil

-1-

Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Following the lifting of the stay, counsel has three District Court briefs due this week, in addition to two administrative hearings.

The parties request that the briefing schedule be modified as follows: Plaintiff will file her Brief by February 3, 2026. Defendant will file her Brief by March 5, 2026. Plaintiff may file any optional reply within 14 days of the service of the Commissioner's Brief. The parties make this request in good faith with no intention to unduly delay the proceedings

DATE: December 31, 2025   Respectfully submitted,

                    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                    /s/ *Marc V. Kalagian*
BY: _____
                    Marc V. Kalagian
                    Attorney for plaintiff Greg Rosario Medina-Lopez

DATE: December 31, 2025      SIGAL CHATTAH
                                   United States Attorney

                    /s/ *Christopher Vieira*
BY: _____
                    Christopher Vieira
                    Special Assistant United States Attorney
                  |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATED: 1-6-26

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:25-CV-01933-MDC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 31, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____